1    LATHAM & WATKINS LLP
       Matthew Rawlinson (SBN 231890)
2       matthew.rawlinson@lw.com
       Matthew Titolo (SBN 239049)
3       matthew.titolo@lw.com
   140 Scott Drive
4    Menlo Park, California 94025
   Telephone: (650) 328-4600
5    Facsimile: (650) 463-2600

6    Attorneys for Defendant Maltuzi LLC

7

8                **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10    MICROSOFT CORPORATION, a           MASTER FILE NO. C-07-1419-VRW
     Washington corporation,
11

12             Plaintiff,             **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

13    MALTUZI LLC, a California corporation.      Judge: The Honorable Vaughn R. Walker

14             Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Dockets.Justia.com

1    **WHEREAS**, Defendant Maltuzi LLC's ("Defendant's") response to Plaintiff's

2    Complaint for Damages and Equitable Relief in the above-captioned matter is currently due on

3    April 11;

4    **WHEREAS**, the response date contemplated by this Stipulation is intended to allow

5    counsel for Defendant sufficient time to prepare its responses;

6    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between undersigned

7    counsel for the parties that Defendant's responses to the Complaint shall be due on May 2, 2007.

8

9    DATED:  March 27, 2007

10                                          LATHAM & WATKINS LLP

11

12                                          By:  _____/s/_____
                                                  Matthew Rawlinson

13

14                                          Attorneys for Defendant Maltuzi LLC

15                                          KIRKPATRICK & LOCKHART PRESTON
                                            GATES ELLIS LLP
16

17

18                                          By:  _____/s/_____
                                                  Rachel Davidson

19                                          Attorneys for Plaintiff Microsoft Corporation

20

21   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,*

22   *Matthew Rawlinson hereby attests that concurrence in the filing of this document has been*

23   *obtained.*

24

25

26

27

28

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, and good cause appearing, Defendant shall have until May 2, 2007 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: ____March 30, 2007____



The Honorable Vaughn R. Walker
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT