1 | LATHAM & WATKINS LLP
Matthew Rawlinson (SBN 231890)
2 | matthew.rawlinson@lw.com
Matthew Titolo (SBN 239049)
3 | matthew.titolo@lw.com
140 Scott Drive
4 | Menlo Park, California 94025
Telephone: (650) 328-4600
5 | Facsimile: (650) 463-2600

6 | Attorneys for Defendant Maltuzi LLC

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | MICROSOFT CORPORATION, a Washington corporation, | MASTER FILE NO. C-07-1419-VRW

11 |
12 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

13 | MALTUZI LLC, a California corporation.
14 | Defendant. | Judge: The Honorable Vaughn R. Walker

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1     **WHEREAS**, Defendant Maltuzi LLC's ("Defendant's") response to Plaintiff's
2 Complaint for Damages and Equitable Relief in the above-captioned matter is currently due on
3 May 2, 2007;
4     **WHEREAS**, the response date contemplated by this Stipulation is intended to allow the
5 parties to discuss the potential resolution of this matter;
6     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between undersigned
7 counsel for the parties that Defendant's responses to the Complaint shall be due on May 9, 2007.

9 DATED: May 2, 2007

10                         LATHAM & WATKINS LLP

12                         By:     /s/
                                Matthew Rawlinson

13 Attorneys for Defendant Maltuzi LLC

15                         KIRKPATRICK & LOCKHART PRESTON
16                         GATES ELLIS LLP

18                         By:     /s/
                                Rachel Davidson

19 Attorneys for Plaintiff Microsoft Corporation

21 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,*
22 *Matthew Rawlinson hereby attests that concurrence in the filing of this document has been*
23 *obtained.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, Defendant shall have until May 9, 2007 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated: 5/4/2007

IT IS SO ORDERED

Judge Vaughn R Walker

The Hon. Vaughn R. Walker
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT