LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  matthew.rawlinson@lw.com
  Matthew Titolo (SBN 239049)
  matthew.titolo@lw.com
140 Scott Drive
Menlo Park, California  94025
Telephone:  (650) 328-4600
Facsimile:   (650) 463-2600

Attorneys for Defendant Maltuzi LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | MASTER FILE NO. C-07-1419-VRW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| MALTUZI LLC, a California corporation. | Judge: The Honorable Vaughn R. Walker |
| Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1   **WHEREAS**, Defendant Maltuzi LLC's ("Defendant's") response to Plaintiff's

2   Complaint for Damages and Equitable Relief in the above-captioned matter is currently due on

3   May 9;

4   **WHEREAS**, the response date contemplated by this Stipulation is intended to allow the

5   parties to negotiate a settlement of this matter;

6   **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between undersigned

7   counsel for the parties that Defendant's responses to the Complaint shall be due on May 16,

8   2007.

9

10   DATED:  May 9, 2007

11                                   LATHAM & WATKINS LLP

12

13                                   By: _____/s/_____
                                              Matthew Rawlinson

14

15                                   Attorneys for Defendant Maltuzi LLC

16                                   KIRKPATRICK & LOCKHART PRESTON
                                     GATES ELLIS LLP
17

18                                   By: _____/s/_____
                                              Pallavi Mehta Wahi
19

20                                   Attorneys for Plaintiff Microsoft Corporation

21

22   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,*

23   *Matthew Rawlinson hereby attests that concurrence in the filing of this document has been*

24   *obtained.*

25

26

27

28

1

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1

## **ORDER**

2    Pursuant to the stipulation of the parties, and good cause appearing, Defendant shall have

3  until May 16, 2007 to answer or otherwise respond to the Complaint.

4    **IT IS SO ORDERED.**

5

6  Dated: _____5/11/2007_____

7

8

9  The Hon. Vaughn R. Walker
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP

ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT