1   LATHAM & WATKINS LLP
       Matthew Rawlinson (SBN 231890)
2       matthew.rawlinson@lw.com
       Matthew Titolo (SBN 239049)
3       matthew.titolo@lw.com
       140 Scott Drive
4   Menlo Park, California  94025
       Telephone:  (650) 328-4600
5   Facsimile:  (650) 463-2600

**E-Filing**

6   Attorneys for Defendant Maltuzi LLC

7

8   **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA**

10  MICROSOFT CORPORATION, a          MASTER FILE NO. C-07-1419-VRW
     Washington corporation,
11
                    Plaintiff,          **STIPULATION AND [PROPOSED] ORDER**
12                                       **EXTENDING TIME FOR DEFENDANT TO**
                                         **RESPOND TO COMPLAINT**
13  MALTUZI LLC, a California corporation.
                                         Judge: The Honorable Vaughn R. Walker
14                  Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1       **WHEREAS**, Defendant Maltuzi LLC's ("Defendant's") response to Plaintiff's

2  Complaint for Damages and Equitable Relief in the above-captioned matter is currently due on

3  May 16;

4       **WHEREAS**, the response date contemplated by this Stipulation is intended to allow the

5  parties to negotiate a settlement of this matter;

6       **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between undersigned

7  counsel for the parties that Defendant's responses to the Complaint shall be due on June 6, 2007.

8

9  DATED: May 16, 2007

10                       LATHAM & WATKINS LLP

11

12                 By: _____/s/_____

                           Matthew Rawlinson

13                 Attorneys for Defendant Maltuzi LLC

14

15                 KIRKPATRICK & LOCKHART PRESTON

16                 GATES ELLIS LLP

17

18                 By: _____/s/_____

                           Pallavi Mehta Wahi

19                 Attorneys for Plaintiff Microsoft Corporation

20

21 *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,*

22 *Matthew Rawlinson hereby attests that concurrence in the filing of this document has been*

23 *obtained.*

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

1

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1

**ORDER**

2     Pursuant to the stipulation of the parties, and good cause appearing, Defendant shall have

3    until June 6, 2007 to answer or otherwise respond to the Complaint.

4    **IT IS SO ORDERED.**

5

6    Dated: _5/21/2007_

7

8

9                          The Honorable Vaughn R. Walker
                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

2

MASTER FILE NO. C-07-1419-VRW
STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT