Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (pro hac vice)
Pallavi Mehta Wahi (pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

Matthew Rawlinson (State Bar No. 231890)
Matthew Titolo (State Bar No. 239049)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 46302600

Attorneys for Defendant
Maltuzi, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                             Plaintiff,<br><br>v.<br><br>MALTUZI, LLC., a California corporation,<br><br>                             Defendant. | Case No. C 07-1419 VRW<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Vaughn R. Walker |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Maltuzi, LLC, through their designated counsel of record, that the Complaint for Damages and Equitable Relief, asserting violations of: Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); of Sections 32 and 43 of the Lanham Act, 15 U.S.C. § 1114(1) (Trademark Infringement) and 15 U.S.C. § 1125(a) (False Designation of Origin, Unfair Competition/False Advertising); of California statutory unfair competition law (CAL. BUS. & PROF. CODE §17200, *et seq*.); and of California common law (Unjust Enrichment and Unfair Competition), in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with them, and have the authority to bind their respective clients.

DATED: August 2, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By /s/
Pallavi Mehta Wahi, *pro hac vice*
Attorney for Microsoft Corporation

DATED: August 2, 2007.

LATHAM & WATKINS LLP

By /s/
Matthew Rawlinson
Attorney for Maltuzi, LLC

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: _____August 3_____, 2007



The Honorable Vaughn R. Walker
United States District Judge

K:\2000103\02997\21039_PMW\21039P2082

---

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE
Case No. C 07-1419 VRW

3

Printed on Recycled Paper